AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **Eastern District of Wisconsin** on the following

☐ Trademarks or ☑ Patents. ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>23-CV-1526 | DATE FILED<br>11/14/2023 | U.S. DISTRICT COURT<br>Eastern District of Wisconsin |
|---|---|---|
| PLAINTIFF<br>The Goat LLC, Daniel Webster, and Gary Graves | | DEFENDANT<br>Advanced Wholesale LLC and Nicholas Newgard |

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | 9,551,184 | 1/24/2017 | Daniel Webster and Gary Graves |
| 2 | 7,079,257 | 6/13/2023 | Daniel Webster and Gary Graves |
| 3 | 7,153,441 | 9/5/2023 | Daniel Webster and Gary Graves |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment ☐ Answer ☐ Cross Bill ☐ Other Pleading | |
|---|---|---|

| | PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK<br>Gina Colletti | (BY) DEPUTY CLERK<br>Ross Miller | DATE<br>12/7/2023 |
|---|---|---|

**Copy 1**—Upon initiation of action, mail this copy to Director    **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy

Case 2:23-cv-01526-JPS   Filed 12/07/23   Page 1 of 1   Document 4